UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY EDDO, individually and as the Personal Representative of the Estate of Kenneth Eddo,<br><br>Plaintiff,<br><br>vs.<br><br>XUZHOU SENYA PLYWOOD CO., LTD.,<br><br>Defendant,<br><br>SUNTRUST BANK,<br><br>Garnishee Defendant. | MC15-5017BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT<br><br>Civil Action No. C08-5429-RJB |

This matter comes before the Court on Plaintiff's Application for Writ of Garnishment for property in which the Defendant/judgment debtor, Xuzhou Senya Plywood Co., Ltd., has a substantial nonexempt interest and which may be in the possession, custody, or control of the Garnishee Defendant, Suntrust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by Plaintiff's counsel on April 7, 2015.

DATED this 7th day of April, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

Civil Action No. C08-5429-RJB

17397-1/ASK/667030



EISENHOWER CARLSON PLLC
Attorneys at Law

1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com